[No. 21313-3-II.    Division Two.    November 20, 1998.]

THE STATE OF WASHINGTON, *Petitioner*, v. JAMES MICHAEL HERNANDEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-03319-1, Grant L. Anderson, J., entered October 18, 1996. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.

[No. 21561-6-II.    Division Two.    November 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. QUENTIN LEROY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00704-5, Don L. McCulloch, J., entered January 15, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 21686-8-II.    Division Two.    November 20, 1998.]

*In the Matter of the Detention of* LAURA FAYE MCCOLLUM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-12979-5, Karen L. Strombom, J., entered February 13, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 21738-4-II.    Division Two.    November 20, 1998.]

ANDERMAN ENTERPRISES, INC., *Plaintiff*, RICHARD MEDEIROS, ET AL., *Appellants*, v. JEFFREY HARTMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 91-2-00182-4, James B. Sawyer II, J., entered February 28, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Hunt, J.